IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

    Plaintiffs,

vs.                                    Case Number: 13-367-DRH

KC PLASTERING, INC., and
DEAN RICHMAN, individually,

    Defendants.

## ORDER AND DEFAULT JUDGMENT

This matter having come before the Court on plaintiffs' motion for default judgment, due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against defendants, the Court **GRANTS** plaintiff's Motion for Default Judgment, and judgment is hereby entered in favor of plaintiffs, Central Laborers' Pension, Welfare and Annuity Funds, and against defendants, KC Plastering, Inc. and Dean Richman, individually, in the amount of one thousand three hundred sixty-seven dollars and nineteen cents ($1,367.19) for the remaining attorneys' fees.

**IT IS SO ORDERED.**
Signed this 16th day of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.16
16:50:41 -05'00'

                                                         **Chief Judge**
                                                         **United States District Court**